IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JESUS ALVARADO MENDEZ,<br>A/K/A "JOEL PEREZLEYVA,",<br>Defendant. | No. 3:26-MJ-00535-KFR |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Deportation Officer Byron Miller, having been first duly sworn, do hereby depose and state as follows:

## AGENT BACKGROUND

1. I am a Deportation Officer with the U.S Immigrations and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO.) My duties include, but are not limited to, the investigation and enforcement of Titles 6, 8, and 19 of the United States Code. I am an "investigative or law enforcement officer of the United States" within the meaning defined in 18 U.S.C. § 2510(7), in that I am an agent of the United States authorized by law to investigate violations of federal laws and make arrests for violations of those laws.

2. I have been a Deportation Officer with ICE/ERO since September 22, 2025, and was trained in the Deportation Officer Training Program. Prior to being a Deportation Officer, I was a Customs and Border Protection Officer, with the Bureau of Customs and Border Protection, Office of Field Operations from October 2018 until September 2025.

Aug 24, 2026

Both agencies provided extensive training and hands on experience related to immigration law related to the border and interior United States. Within ICE/ERO, I am the lead for the Criminal Alien Program where I am responsible for determining a foreign national's citizenship, their legal status in the United States, and any criminal activities they have been alleged to be involved in or have been convicted of which would allow ICE to place these individuals into immigration proceedings along with federally prosecuting them. Based upon my training and experience, I have found aliens who illegally re-enter the United States are often involved in other criminal activity.

## INTRODUCTION

3. After a subject is released to ICE on our detainer by a local police agency, or when ICE encounters a subject through its own investigation, investigators identify that a subject was not born in the United States, then the subject's fingerprints and biographical information are submitted to the Integrated Automated Fingerprint Information System (IAFIS) and the Automated Biometric Identification System (IDENT). If the subject has ever been encountered by an immigration officer, this search of the immigration databases will show the subject has an A-File with a corresponding A-File number.

4. An A-File or Alien-File is a file kept and maintained by United States Citizenship and Immigration Services and is the official file for all immigration and naturalization records for a particular alien. The A-File is identified by an A-File number. The A-File and A-File number are linked to the alien's fingerprints, which are unique to every individual. No two aliens have the same A-File or A-File number.



Aug 24, 2026

5. It is common practice for law enforcement to first obtain fingerprint results to verify an alien's identity, because in my knowledge, training, and experience, it is common for aliens to attempt to mislead law enforcement officers, state and local officials, and members of the United States Government as to their identity. This is often done using false names, dates of birth, and other biographical information. Aliens do this to avoid deportation or to gain immigration-based benefits, especially when they have an active removal order. Therefore, ICE relies solely on the individual's A-File number, which is confirmed via fingerprints, to identify aliens who are subject to removal.

6. Subjects that are amenable to removal are then administratively processed for either an immigration hearing or for removal. Those subjects that have been identified as being previously removed who then unlawfully return to the United States are referred to me for further review to ascertain if the subject meets the criteria for federal prosecution.

7. The facts and statements in this affidavit are based in part on information provided by other law enforcement officers and on my personal observations, training, and experience as a Deportation Officer with ICE. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4.

8. It is my belief that a male alien known as **JESUS ALVARADO MENDEZ,** a/k/a "Joel Perezleyva," (DOB 12-24-1983), violated 8 U.S.C. § 1326 by illegally or unlawfully

reentering the United States after being previously removed. Specifically, on or about August 21, 2026, ICE/ERO encountered **ALVARADO MENDEZ** in Anchorage, Alaska, within the District of Alaska.

## RELEVANT STATUTES

9. 8 U.S.C. § 1326 Deported Alien Reentering United States Without Consent (Unlawful Reentry of Removed Aliens):

> (a) In general—Subject to subsection (b), any alien who-
>
> > (1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter
> >
> > (2) enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act,
>
> shall be fined under Title 18 or imprisoned up to 20 years depending on the charged, or both.

## FACTS ESTABLISHING PROBABLE CAUSE

10. On August 21, 2026, ICE/ERO developed information that **ALVARADO MENDEZ**, a previously deported Mexican alien, was in Anchorage, Alaska, within the District of Alaska.

11. Through the investigation, ICE/ERO officers spoke with **ALVARADO MENDEZ** who stated he was in Anchorage for a roofing job. When asked about his status in the



Aug 24, 2026

United States (permanent resident, green card holder, visa holder, etc.), **ALVARDO MENDEZ** stated he had none.

12. A field investigation and interview revealed **ALVARADO MENDEZ** was previously deported from the United States on June 11, 2015, and was convicted in the District of Colorado for narcotics possession and distribution.

13. **ALVARADO MENDEZ** was placed under arrest for suspected violations of the Immigration and Nationality Act (INA).

14. **ALVARADO MENDEZ'S** fingerprints were submitted to the IAFIS and IDENT systems as part of the routine booking process for ICE, which returned records confirming **ALVARADO MENDEZ** that is an alien and a Mexican national with an A-File number A202 160 016.

15. **ALVARADO MENDEZ'S** A-File reflects that he was previously removed from the United States on three prior occasions; July 14, 2001 (voluntary return at or near San Benito, Texas), July 19, 2001 (voluntary return at or near Brownsville, Texas), and the most recent having occurred on June 11, 2015 (at or near El Paso, Texas).

16. Further checks verified that **ALVARADO MENDEZ** had never filed any application for permission to re-enter the United States and had never received consent form the Secretary of Homeland Security to reapply for admission to the United States. Nor does **ALVARADO MENDEZ** have any pending applications at this time.

17. **ALVARADO MENDEZ'S** A-File and criminal history reflect the following aliases: Joel Perezleyva.

18. On August 1, 2013, **ALVARADO MENDEZ** was convicted in the District of Colorado in case number 12-CR-0047-MSK-03, of Conspiracy to Distribute and Possess with Intent to Distribute 5 kilograms or More of a Mixture or Substances Containing a Detectable Amount of Cocaine, in violation of 21 U.S.C. § 846 and 841(a)(1), (b)(1)(A). **ALVARADO MENDEZ** was sentenced to 42 months imprisonment followed by 3 years of supervised release.

19. **ALVARADO MENDEZ** is currently in ICE custody.

## CONCLUSION

20. Based on the foregoing, I believe there is probable cause to arrest **JESUS ALVARADO MENDEZ**, a/k/a "Joel Perezleyva," (DOB 12-24-1983) for a violation of 8 U.S.C. § 1326.

RESPECTFULLY SUBMITTED,

B. Miller

Deportation Officer Byron Miller
ICE/ERO

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 on __________________.

UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

THE HON. KYLE F. REARDON
Chief U.S. Magistrate Judge
DISTRICT OF ALASKA
August 24, 2026